IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CEDRIC SCOTT | § § § § § | |
| Plaintiff, | | |
| v. | § § § | C.A. NO.: A-08-CA-536-LY |
| HOUSING AUTHORITY OF THE CITY OF AUSTIN and SOUTHWEST HOUSING COMPLIANCE CORPORATION | § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate and agree that this action has been settled and is hereby dismissed with prejudice. The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorney's fees and costs.

Respectfully submitted this 25th day of March, 2009.

/s/ Charles L. Scalise
Charles L. Scalise
Ross Law Group
1104 San Antonio Street
Austin, Texas 78701
Telephone: (512) 474-7677
Facsimile: (512) 474-5306
ATTORNEY FOR PLAINTIFF

/s/ Tamra J. English
Tamra J. English

/s/ Jim Ewbank
Jim Ewbank
EWBANK & BYROM, P.C.
1210 Nueces
Austin, Texas 78701
ATTORNEYS FOR DEFENDANTS